IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MILES HARRISON WARD and ANITA WARD, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 3:19-cv-397-ECM |
| FEDEX FREIGHT, INC. d/b/a FEDEX FREIGHT, | ) ) ) | [wo] |
| Defendant. | ) ) | |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 15) filed on April 3, 2020, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 3rd day of April, 2020.

                                                        /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         CHIEF UNITED STATES DISTRICT JUDGE